Johnny Michael **PERRY,**
Plaintiff—Appellant,

v.

Barb **MORRONE;** Juanita **Staten;**
Richard **Perry; Ric Morrone; Mabel**
**Smith; Wayne County Sheriff's De-**
**partment; City of Kenova, West Virgi-**
**nia; Jim Perry; David Perry; Dorothy**
**Perry; Mildred Mitchell–Bateman**
**Hospital, Defendants—Appellees.**

No. 04–2461.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 10, 2005.

Decided: March 14, 2005.

Johnny Michael Perry, Appellant pro se.

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Johnny Michael Perry appeals the district court's order accepting the recom-

mendation of the magistrate judge and dismissing his civil actions. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Perry v. Morrone*, Nos. CA–04–792; Ca–04–793; CA–04–794; CA–04–795; CA–04–796; CA–04–797; CA–04–798; CA–04–799; CA–04–810; CA–04–1080; CA–04–1111 (S.D.W. Va. filed Nov. 3, 2004; entered Nov. 4, 2004 and Nov. 5, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*